JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL THOMAS MAY,<br>      Petitioner,<br>v.<br>ERIC BRADLEY, Warden<br>      Respondent. | Case No. 2:20-cv-10119-PA-SP<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: September 13, 2024

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE